IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MUTUAL MINDS, LLC, a California limited liability company, | : : : | NO.: 1:16-cv-00541 |
| Plaintiff, | : : | |
| v. | : : | (Jones, J.) (Saporito, M.J.) |
| TRON SHELLY, an individual; RICK MILLER, an individual; iDRIVE INTERACTIVE, LLC, a Pennsylvania limited liability company; PARENTS FOR CHEAPER LIVING, LLC, a Virginia limited liability company; and DOES 1 through 10, inclusive, | : : : : : : : : : | |
| Defendants. | : | |

## ORDER

AND NOW, this 8th day of March, 2017, upon consideration of the defendants' motion for bifurcation of discovery (Doc. 46) and consistent with the Memorandum filed simultaneously herewith, the motion is hereby DENIED.

*s/ Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge

Dated: March 8, 2017